FILED
 2009 Aug-25  AM 10:19
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| TWYLA MILES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV-09-RRA-0108-NW |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the plaintiff's motion to remand. (Doc. 14.) On August 11, 2009, the magistrate recommended that the motion to remand be denied. The plaintiff has filed an objection to the recommendation.

Having carefully reviewed *de novo* the entire court file, including the report and recommendation, and the objections thereto, the undersigned is of the opinion that the magistrate's recommendation should be, and hereby is, ACCEPTED and ADOPTED. It is hereby ORDERED, ADJUDGED, and DECREED that the motion to remand is DENIED.

DONE and ORDERED this 25th day of August, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE